IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 cr 13

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| TIMOTHY ALLEN HENRY BOYCE, | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion entitled " Motion to Continue" (#30) which is a motion that has been made by defendant's counsel requesting a delay in conducting a Rule 11 proceeding with the defendant. It appearing from the motion that good cause has been shown for the granting of said motion and after consultation with the District Court, the undersigned has determined to enter an order allowing the motion and setting the Rule 11 proceeding for the defendant for June 1, 2010.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the "Motion to Continue" (#30) is hereby **ALLOWED** and the Rule 11 proceeding in this matter is hereby scheduled for **June 1, 2010** in courtroom #2 of the United States Courthouse in Asheville, North Carolina**.**

Signed: May 18, 2010

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge