# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### CRIMINAL CASE NO. 1:10-cr-00013-MR-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| TIMOTHY ALLEN HENRY BOYCE. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 42].

The Defendant was released from custody on September 11, 2012, which rendered the motion moot. Accordingly, the Defendant's motion for a reduction of sentence is denied on that basis.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 42] is **DENIED AS MOOT**.

**IT IS SO ORDERED.** Signed: July 5, 2013

Martin Reidinger
United States District Judge